

# NUMBER 13-10-00567-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ENVASES DE PLASTICO ZAPATA, S.A. DE C.V.

## On Petition for Writ of Mandamus

## MEMORANDUM OPINION

**Before Justices Yañez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Relator, Envases de Plastico Zapata, S.A. de C.V., has filed a petition for writ of mandamus with this Court alleging that respondent, the Honorable Rose Guerra Reyna, presiding judge of the 206th Judicial District Court of Hidalgo County, Texas, abused her discretion by rendering an order, dated September 30, 2010, compelling relator to present certain witnesses for deposition in trial court cause number C-2903-09-D.

On October 28, 2010, relator and real parties in interest, Juan Manuel Juarez and Alma Mireya Juarez Ortiz, individually and on behalf of the estate of David Abelardo Juarez, deceased, jointly filed a motion to dismiss the petition because the "issues

presented for resolution in [the] petition are now moot."

Having fully considered the motion and other documents on file, this Court is of the opinion that the joint motion to dismiss should be granted. Accordingly, the motion is GRANTED and relator's petition for writ of mandamus is hereby DISMISSED.

PER CURIAM

Delivered and filed the
2nd day of December, 2010.